FILED
CLERK, U.S. ---- COURT
JUL 23 2020
CENTRAL DISTRICT OF CALIFORNIA
BY                                DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>MONIQUE MEDINA,<br><br>                Defendant. | CASE NO. EDCR-17-00075-JGB-1<br><br>ORDER OF DETENTION AFTER HEARING (Fed.R.Cim.P. 32.1(a)(6) 18 U.S.C. § 3143(a) Allegations of Violations of Probation/Supervised Release Conditions) |

    On arrest warrant issued by the United States District Court for the Central District of California involving alleged violations of conditions of probation/supervised release:

    1. The court finds that no condition or combination of conditions will reasonably assure:

        A. (✓) the appearance of defendant as required; and/or

        B. (✓) the safety of any person or the community.

    2. The Court concludes:

        A. (✓) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any

other persons or the community.  Defendant poses a risk to the safety of other persons or the community based on: nature of the offenses; drug conviction while on supervised release

B. (✓)  Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to flee if released. Defendant poses a flight risk based on: nature of the offenses; absconded while on supervised release; second alleged violation of supervised release

IT IS ORDERED that defendant be detained.

DATED: July 23, 2020

*Alicia G. Rosenberg*
HONORABLE ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE